IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES E. WEST, | § | |
| | § | No. 322, 2023 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID Nos. 1905004634 and |
| STATE OF DELAWARE, | § | 1905004787 |
| | § | |
| Appellee. | § | |

Submitted: April 17, 2024
Decided: April 30, 2024

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

### **ORDER**

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment of the Superior Court should be affirmed on the basis of and for the reasons stated in its opinion dated August 14, 2023.[1]

NOW, THEREFORE, IT IS ORDERED that the Superior Court's judgment is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice

---

[1] *State v. West*, 2023 WL 5222341 (Del. Super. Aug. 14, 2023).